Alvarez properly concedes that this argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), and circuit precedent, but he raises it here to preserve it for further review. Although Alvarez contends that *Almendarez–Torres* was incorrectly decided and that the Supreme Court might overrule *Almendarez–Torres* in light of *Apprendi,* we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005).

AFFIRMED.

John A. Broadwell, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellee.

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by Magistrate Judge Wilson in his report of May 12, 2006 and affirmed by the district court.

AFFIRMED.

Carolyn ANDERSON, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 06–30857
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 24, 2007.

James Spruel, Jr., Law Offices of James Spruel Jr., & James E Burks, Lake Charles, LA, for Plaintiff-Appellant.

Gina Marie CLARY, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 06–30615
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 24, 2007.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.